UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/13/2020

GLD, an infant, by her mother and natural guardian, GD, and GD, individually,

Plaintiffs,

-against-

THE CITY OF NEW YORK, NYC HUMAN RESOURCES ADMINISTRATION, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES, THE ADMINISTRATION OF CHILDREN SERVICES, CHILDREN'S RESCUE FUND, and KESTER A. MARCUS, an individual agent, servant and/or employee, representative or contractor of the named Defendants,

Defendants.

19 Civ. 4314 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of the pending motion to dismiss, ECF No. 88, it is hereby ORDERED that the case management conference scheduled for April 16, 2020 is ADJOURNED *sine die*.

SO ORDERED.

Dated: April 13, 2020
    New York, New York

_____
**ANALISA TORRES**
United States District Judge