USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/11/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLD, an infant, by her mother and natural guardian, GD, and GD, individually,

                Plaintiffs,

-against-

CHILDREN'S RESCUE FUND, and KESTER A. MARCUS, an individual agent, servant and/or employee, representative or contractor of the named Defendants,

                Defendants.

19 Civ. 4314 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 3, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by December 8, 2020. ECF No. 118 ¶ 16. Those submissions are now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **December 14, 2020**.

    SO ORDERED.

Dated: December 11, 2020
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge